United States District Court
District of Oregon
Portland Division

Civil Case #
to be assigned by clerk of the court

Complaint

Jury Trial Demanded
Yes

Joseph Matthew Waite
Plaintiff

University of Oregon
Defendant

## I. Parties

Plaintiff
Name:                Joseph Waite
Street Address:      3402 Kinsrow Ave. Apt 6
City, State, Zip Code   Eugene, Oregon 97401
Telephone No.    716 - 864 - 4462

Please send a duplicate of any and all Court notifications to:
Richard & Marjorie Waite (Joseph's Parents)
125 Woodward Ave.
Buffalo, New York 14214

Defendant No. 1
Name:                University of Oregon
Street Address:      1585 East 13th Ave
City, State, Zip Code   Eugene, Oregon  97403
Telephone No.    541 - 346 - 1000

## II. Jurisdiction

A. What is the basis for Federal Court Jurisdiction?

Federal Question

B. If the jurisdiction is Federal Question, what federal, Constitutional, statutory, or treaty right is at issue?

Title IX  No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving federal financial assistance.

Also:
Freedom of Speech; First Amendment to the U.S. Constitution

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

III. Statement of Claims

Claim I.

State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Joseph Waite has been the victim of a Title IX violation perpetrated by University of Oregon employees. He has been banned from registering for further classes at the UO, effectively excluding him from educational programs funded by the federal government for the reason that he is being discriminated against based on sex, his gender, which is male, his sexual orientation; which his hetero-normal sexuality, & his ethnicity or race; which is white caucasian.
Joseph Waite is in possession of documentation given to him by UO employees that can prove these statements in a court of law.

The involved parties who perpetrated crimes against Joseph Waite include employees of UO's American English Institute (AEI), individuals at the UO's office of Equal Opportunity & Affirmative Action, as well as employees of the UO's Office of the Dean of Student Conduct including Paul Shang, Carl Yeh, and Chicora Martin.

These crimes were perpetrated against Joseph Waite over a sustained period of time from an unspecified date starting as early as 2006 until as recently as March 2014 and continuing to affect his life today as he is currently being exclude him from participating in an educational program funded by the federal government; which constitutes a clear title IX violation.

The Title IX violation has resulted in defamation of his character, subsequent loss of future job opportunities & income, and are a direct result of the slanderous & libelous allegations fabricated by University of Oregon employees.

**For the description of how each party was involved please refer to the attached documents.

## IV. Relief

State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

The University of Oregon is to release the registration hold on Joseph Waite's student account allowing him to register for post bachelor classes to continue his education and personal development unhindered.

Joseph Waite is seeking restitution from the University of Oregon in the amount of one million dollars for the title IX violation, which has resulted in defamation of his character, subsequent loss of future job opportunities & income, resulting from the slanderous & libelous allegations fabricated by University of Oregon employees.

Furthermore any Eugene Police Records of Joseph Waite's personal records that have been affected by this case such as 'public indecency' or 'public threat' are to be expunged.

I declare under penalty of perjury that the foregoing is true and correct.
Signed this 26th day of August, 2014

*Joseph Matthew Waite*

Joseph Matthew Waite

(Signature of Plaintiff(s))

Tuesday 25th August 2014

As the Plaintiff, Joseph Waite, is out of the country, visiting Taiwan,
from 20th August 2014 - until 1st January 2015

Requesting from the Court that any Trial or Proceedings
Be scheduled to take place After the 1st January 2015

Also Requesting:

Any and All Court Notifications
To be sent in duplicate (One copy each)
To the following Two Addresses:

Joseph Waite
3402 Kinsrow Ave. Apt 6.
Eugene, Oregon  97401

Richard & Marjorie Waite  (Joseph's parents)
125 Woodward Ave.
Buffalo, New York  14214