Tuesday 26th August 2014

To the Federal Court of Eugene, Oregon,

   Hello, my name is Joseph Waite.  I am a recent graduate of UO.
I am suing the University of Oregon for violation of Title IX against me.

Here is my story in brief:
I am originally from Buffalo, New York.  I have been living in Eugene since December 2005
and attended classes at the University of Oregon from January 2006 until 2013,
eventually earning my diploma in East Asian Languages and Literatures;
Majoring in Chinese Language and Minoring in Japanese Language.
I graduated in 2014, and I want to continue my education at UO
by taking post bachelor classes in computer science,
and applying to graduate school at UO,
as well as my desire to participate in a Graduate Teaching Fellowship
in the East Asian Languages and Literatures Department.

In 1998 I was an American Field Service (AFS) exchange student to Japanese high school for eleven
months, where I lived with a Japanese family and was totally immersed in the language which coupled with
my dilligent study lead to my fluency in the language and to pass the Nihongo Nouryoku Shiken level 3,
a Japanese language fluency test which I passed in 1998.

As stated above,
In December 2005 I moved to Eugene to attend classes at UO.
I was a part time student at the University of Oregon
in the Community Education Program
from January 2006 - until about 2013,
I applied to be a regular student in 2013 and
I received my admission letter,
I was supposed to enroll in further classes as a regular student
from March 2014 Spring term,

However, at the same time I was being persecuted by UO Administrators
from the Office of the Dean of Student Conduct,
Who had placed a hold on my registration on 14th May 2013.
I was subsequently barred from enrolling in classes in the Spring of 2014
for reasons which became apparent to me were based on the
bias and discriminatory practices of specific individuals employed by the UO.
I was forced to graduate in 2014, rather than pursue my education any further.

At the UO between 2006 - 2013 I majored in Chinese language, and Japanese language, while learning
Korean language for fun during my free time.  I even visited South Korea three times during breaks to study
the language.  I spent countless days on UO campus approaching students from these countries to strike
up friendly conversations, make friends, and practice my language skills, as I had been instructed by my
professors to practice what we call "language exchange" in which I also help the international students to
learn English, etc.

The problem with the school first came to my attention when a hold was placed on my registration for reasons unknown to me. Upon meeting with Carl Yeh, I was informed that I was being charged with "Unwanted Contact" under the student conduct code; of which I was totally unaware such rules even existed after more than seven years practicing Free Speech on campus, they were attempting to shut down my language study.

As Carl Yeh explained, I had one day approached an Asian-American student apparently named "Ms. Wong" and I had greeted her with an Asian Language. I do remember meeting a student whom I greeted with "Nihao" which means "Hello" in Chinese. The student immediately responded to my friendly greeting with accusing me of being a "racist nazi". She said: "I'm a fucking American, and I don't speak Chinese." It was obviously a case of miscommunication in which the student was overly sensitive about their own ethnic background and I apparently set off a negative emotional response to an individual who didn't want to be culturally associated with her obviously East Asian Appearance. Unfortunately for me, Carl Yeh, who is also a Chinese-American agreed with "Ms.Wong," and Carl Yeh told me that "Nihao," which means "Hello" in Chinese, is "a racial slur" when said by an American white male. I disagreed with this sentiment, and cited my right to Freedom of Speech, to choose the language of my greeting. However Carl Yeh simply insisted that I needed to accept that what I was doing was wrong, that practicing my language skills with students in public on campus is offensive and could be considered "unwanted contact" under the UO's student conduct code.

I wrote two subsequent letters to the school; in the first I defended my right to greet people around me in the language of my choosing; whether it be a friendly "Nihao", "Hola", "Aloha", "GutenTag", "BonJourno", or "Hello". And noted that not only does the EMU have a plaque which reads: affirmation of community standards; this is a freedom of speech plaza"; but also that such a plaque is unnecessary because the whole USA is a freedom of speech country in which this right is supposed to be protected by law. and such a witch hunt and censorship of such a talented intellectual, and linguist such as myself; such behaviour by an administration should have no place within an American University.

In the second letter, which I submitted to Carl Yeh was about me ceding my right to freedom of speech by self imposing the limitation that I would respect people's ethnic sensitivities by greeting in English only and then moving on to secondary languages once it is established that the person can speak the language I am attempting to employ. Also I wrote that freedom of speech is limited in the sense that I don't have the right to bother people intentionally with my speech.

Carl Yeh (with no oversight) subsequently found me "guilty" of violating the student conduct code, but said that as I had written the two letters and met with them that the punishment had been served.

Later, on 14th May 2013 a hold on my registration was reinstated by the office of Dean of Student Conduct and the hold remains there to this day; excluding me from being able to register for classes, on the hold page it says that they will hold my account until 2099.

Now here is where it gets even worse.
I went back to see Carl Yeh again, thinking what is the problem they have created this time.
I had a meeting with Carl which went something like him not telling me what I had supposedly done wrong, and him holding a stack of papers he said was the case against me. He ran this meeting like a little inquisition, not telling me what I was accused of, but rather trying to get me to confess something or otherwise his line of questioning certainly seemed to be in the vein that he was trying to gather more

evidence against me from my own statements, rather than trying to help me solve anything or come to any true understanding of what I was being accused of.

Two weeks later he would finally release to me a redacted report, a hundred pages long, produced by an investigation by the office of "Equal Opportunity & Affirmative Action,"
I was basically being accused of being some kind of sexual predator / stalker who "targeted asian women".

Now this is where the absurdity of the school takes on a criminal form,
because in the 100 page document in which they accuse me of x,y,z, none of which are true events that actually happened, or at least certainly not events that happened involving me,
I suspect they are complete fabrications in order to intimidate me.

In fact, the document actually reveals that I had been the victim of slander & libel by english tutors employed by the UO's American English Institute (AEI).

During UO DPS investigation, they uncovered during an interview with an AEI english tutor that
"one year the AEI tutors got together and sent out a mass e-mail to all female asian students associated with UO warning them about Joseph Waite."

It also states in the report, that the UO DPS officer investigating stated that:
'the AEI tutors might be responsible for harassment of Joseph Waite for spreading untrue rumors about him.'

In the final complaint by "Ms.Wong" she complained to the school that one day I entered the Maple Garden Chinese restaurant on campus, where she was eating. According to her complaint, I entered the restaurant, sat at a table on the other end of the restaurant, ate a meal during which I made no attempt to contact her, and I left the restaurant after finishing the meal. Apparently she felt threatened enough solely by my very existence that she felt the need to report the non-incident to the school typical of her over reacting fashion.

During my attempts to resolve these issues with the school,
it seems so absurd to me that they would entertain these ideas,
I met with several administrators at the UO Deans office of student conduct.
Dean Paul Shang, Assistant Dean Carl Yeh, and Chicora Martin

I would also like to point out the obvious racial discrimination I am facing as I am essentially being accused of being a white male who speaks chinese to chinese girls on campus.
Of course the ones who found me guilty are themselves the bias racist ones. Is it a coincidence that there are no checks and balances within this system in which the outcomes of these racially motivated accusations are being determined by two Chinese-American admins who themselves admittedly do not speak Chinese, and are only sympathizing with the biased sentiments of "Ms.Wang" Or maybe I would find understanding from the self-proclaimed man-hating lesbian Chicora Martin who I have on digital voice record stating her contempt for "priveledged white men" as she so often likes to spew her hateful and biased man hating ideology, and affect my personnal life with it.

You maybe wondering if I graduated, then what is the big deal?
Well, I still live in Eugene and want to study computer science at UO
and I feel this hold on my account based on all of these fabricated charges against me are
a direct violation of Title IX which states that no one shall be denied access to
or participation in educational programs that receive federal funding on the basis of SEX.

I have wanted to contact the Courts about this for a long time,
but I was scared that if I contacted the Courts
before the UO awarded me my diploma,
that the school would further retaliate against me
as Chicora Martin threatened to do things such as
put an attachment in my official student transcripts
that says I am an insubordinate conduct problem.

Also, it didn't matter to them that I appeared before them with my Taiwanese girlfriend of two years whom is
a UO psychology undergrad; or that I wrote a third letter stating that as I intend to study computer science, I
will no longer be required to practice my language skills with random students on campus.  The hold was
never lifted and they forced me to graduate to get rid of me, saying that I wouldn't be welcome for graduate
school either.

Please take a look at the following document in which I go into greater details of this case.

I, Joseph Waite am requesting a trial by Jury
and am requesting that any trial or proceedings
be scheduled to take place after January 1st 2015;
as I am currently our of the country visiting Taiwan
from August 20th 2014 until January 1st 2015.

I, Joseph Waite can be contacted through e-mail at either:

technobassenthusiast@gmail.com          or          jwaite@uoregon.edu

I can be contacted through:
Marjorie Waite (Mother):  716 - 864 - 4462

after January 1st 2015:
my phone in Eugene:  541 - 999 - 1453    or phone:  541 - 221 - 6796

Address in Eugene:  3402 Kinsrow Ave.
                               Eugene, OR 97401

Please send duplicates of any and all Court notifications to:

Richard & Marjorie Waite
125 Woodward Ave.
Buffalo, New York 14214

Thank You for your time and consideration.
Sincerely,
Joseph Waite

Joseph M. Waite
26th August 2014