# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND    DIVISION

Joseph Matthew Waite

_____

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

University of Oregon

_____

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. 6:14-cv-01400-MC

*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
*IN FORMA PAUPERIS*

I, Joseph M. Waite, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?  ☐ Yes ☑ No

   If "Yes" state the place of your incarceration: _____

   **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?  ☐ Yes ☑ No ☐ Self-employed

   a. If the answer is "Yes," state:

      Employer's name: _____

      Employer's address: _____

      Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

b.  If the answer is "No," state:

Name of last employer: _____

Address of last employer: _____

Date of last employment: _____

Amount of take-home salary or wages: $_____ per _____ (*specify pay period*)

3.  Is your spouse or significant-other employed? ☐ Yes ☐ No ☐ Self-employed ☑ Not applicable
If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ (*specify pay period*)

4.  In the past 12 months have you received any money from any of the following sources?

a.  Business, profession or other self-employment   ☐ Yes ☑ No

If "Yes," state:  Amount received:            $ _____

Amount expected in future:   $ _____

b.  Rent payments, interest, or dividends         ☐ Yes ☑ No

If "Yes," state:  Amount received:            $ _____

Amount expected in future:   $ _____

c.  Pensions, annuities, or life insurance payments  ☐ Yes ☑ No

If "Yes," state:  Amount received:            $ _____

Amount expected in future:   $ _____

d.  Disability or workers compensation payments   ☐ Yes ☑ No

If "Yes," state:  Amount received:            $ _____

Amount expected in future:   $ _____

e.  Gifts or inheritances                         ☐ Yes ☑ No

If "Yes," state:  Amount received:            $ _____

Amount expected in future:   $ _____

f.  Any other sources                             ☑ Yes ☐ No

If "Yes," state:  Source: _Richard and Marjorie Waite (Joseph's Parents)_

Amount received:  $ _Less than one thousand dollars_ per month

Amount expected in future:  $ _As living stipend while attending University. Amount expected in future is same as above until formally employed._

USDC - Oregon

5.  Do you have cash or checking or savings accounts?  ☐ Yes ☑ No
    (including prison trust accounts)?

    If "Yes," state the total amount: _____

6.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or
    other valuable property?  ☑ Yes ☐ No

    If "Yes," describe the asset(s) and state the value of each asset listed.

    I own only a 1998 Chevy Astro Van
    the Astro Van is valued at one thousand dollars.
    This is my only asset.

7.  Do you have any other assets?  ☐ Yes ☑ No

    If "Yes," list the asset(s) and state the value of each asset listed.

    _____
    _____
    _____
    _____

8.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly
    expenses?  ☑ Yes ☐ No

    If "Yes," describe and provide the amount of the monthly expense.

    Monthly rent at Chase Village in Eugene: $436.00
    Monthly Groceries and Food Bill approx: $400.00
    Monthly EWEB electric Bill approx: $80.00
    Monthly Comcast cable Bill approx: $65.00
    Monthly State Farm Car Insurance approx: $100.00

9.  List the persons (or, if under 18, initials only) who are dependent on you for support, state your
    relationship to each person and indicate how much you contribute to their support.

    No one dependent on me.
    _____
    _____
    _____
    _____
    _____

10. Do you have any debts or financial obligations?  ☑Yes ☐No

If "Yes," describe the amounts owed and to whom they are payable.

I owe my parents Richard and Marjorie Waite approximately one hundred thousand dollars for the private student loans they have given me a financial support while I attended the University of Oregon from 2006 - 2013 /to the present 2014 graduated

If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).

I declare under penalty of perjury that the above information is true and correct.

26th August 2014
DATE

*Joseph Matthew Waite*
SIGNATURE OF APPLICANT

Joseph Matthew Waite
PRINTED NAME OF APPLICANT

Does not Apply to my Situation.

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit

at _____ (name of institution).  I further certify that during the past

six months the applicant's average monthly balance was $_____.  I further certify that during the past

six months the average of monthly deposits to the applicant's account was $_____.

**I have attached a certified copy of the applicant's trust account statement showing the transactions
for the past six months.**

_____        _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER