IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH MATTHEW WAITE,

    Plaintiff,

v.

UNIVERSITY OF OREGON,

    Defendant.

Civ. No. 6:14-cv-01400-MC

OPINION AND ORDER

**MCSHANE, Judge:**

    Plaintiff, *pro se*, filed a complaint against the University of Oregon on August 29, 2014. *See* Pl.'s Compl. 1–5, ECF No. 1. On September 19, 2014, this Court issued an opinion dismissing plaintiff's complaint for failure to state a claim. *See* Order 1–4, Sept. 19, 2014, ECF No. 7. In consideration of plaintiff's *pro se* status, this Court granted plaintiff until November 18, 2014 "to file an amended complaint curing the deficiencies identified." *Id.* at 4. This Court subsequently granted plaintiff an extension until March 2, 2015. Order, Dec. 22, 2014, ECF No. 12. Plaintiff has not taken additional action since that time. Accordingly, because plaintiff failed to comply with this Court's order, ECF Nos. 7 and 12, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

    DATED this 19th day of March, 2014.

                                            **Michael J. McShane**
                                            **United States District Judge**

1 – OPINION AND ORDER